**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMERICAN ASSOCIATION OF COLLEGES OF NURSING**<br>655 K Street, NW<br>Suite 750<br>Washington, DC 20001<br><br>v.<br><br>**CASTLEBRANCH, INC.**<br>1844 Sir Tyler Drive<br>Wilmington, NC 28405 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No: 1:23-cv-1949 |

**COMPLAINT**

Plaintiff American Association of Colleges of Nursing ("AACN"), for its Complaint against Defendant CastleBranch, Inc. ("CastleBranch"), states as follows:

**PARTIES**

1. Plaintiff AACN is a non-profit corporation organized under the laws of the District of Columbia, with its principal place of business at 655 K Street, NW, Suite 750, Washington, D.C. 20001.

2. Defendant CastleBranch, Inc. is a corporation organized under the laws of the State of North Carolina, with its principal place of business at 1844 Sir Tyler Drive, Wilmington, NC 28405.

**JURISDICTION AND VENUE**

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff and Defendant and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

1

4. This Court has personal jurisdiction over CastleBranch pursuant to D.C. Code § 13-423 because CastleBranch regularly transacts business within the District of Columbia and AACN's claims arise from the transaction of that business.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to AACN's claims occurred in this District and because CastleBranch is subject to personal jurisdiction in this District.

## FACTS

6. AACN is the national voice for academic nursing and works to establish quality standards in nursing education, assist its member nursing schools in implementing those standards, influence the nursing profession to improve health care, and promote public support for nursing education, research and practice.

7. Since its formation in 1969, AACN has grown to represent more than 865 member nursing schools at public and private universities nationwide, enrolling more than 500,000 nursing students in graduate and nursing programs.

8. CastleBranch is in the business of providing background screening services to entities and individuals for a fee.

9. For more than 15 years, CastleBranch has sought to expand its business through access to AACN's member school list and through AACN's recognition of CastleBranch as a preferred service provider.

10. Beginning in or about 2005, AACN and CastleBranch entered a series of contracts (the "Royalty Agreements"), pursuant to which AACN referred its members and their students to CastleBranch for the members' and students' background check needs (the "referred clients"). In

return, the referred clients received a discount on CastleBranch service fees, and AACN received a royalty payment from CastleBranch for fees received from the referred clients.

11. In order to advance and solicit business from AACN and referred clients pursuant to the Royalty Agreements, CastleBranch employees and officers frequently travelled to Washington, D.C.

12. In particular, for at least the past 16 years, CastleBranch employees appeared, exhibited, and promoted CastleBranch services at AACN's Deans Annual Meeting (held annually in the Spring) and its Academic Nursing Leadership Conference (held annually in the Fall), both held in Washington, D.C.

13. At these meetings, CastleBranch personnel were provided free exhibit booths in prime locations and the option to have their promotional materials available after the meeting exhibit day. At the meetings, the CEO announced CastleBranch as an AACN partner and shared information about the partnership. A flyer about CastleBranch was included on the Meeting App and with registration materials.

14. CastleBranch's attendance at these meetings allowed it to market its services to AACN members and their students, as well as to solicit substantial business.

15. The most recent version of the AACN Royalty Agreement (the "2020 Agreement") was executed by AACN in Washington, D.C. on or about December 17, 2020, for a five-year period retroactive from June 2, 2020, to June 1, 2025. *See* Exhibit 1.

16. Pursuant to the 2020 Agreement, AACN agreed, *inter alia,* to provide CastleBranch with booth space at its yearly Deans Annual Meeting and Academic Nursing Leadership Conference in Washington, D.C., to provide vendor booth space at other AACN conferences on request, and to provide CastleBranch with a complete AACN member list, including members' full

names and addresses, on a quarterly basis to facilitate CastleBranch's marketing efforts with AACN members. *Id.* at 1-2.

17. Access to AACN's member lists, and AACN's approval of CastleBranch's services and use of the lists is a highly valuable asset which greatly facilitated CastleBranch's marketing and sales efforts.

18. As under the prior Royalty Agreements, CastleBranch personnel frequently travelled to Washington, D.C. to attend AACN events and solicit business in connection with the 2020 Agreement. These trips included attendance and exhibition at AACN's Fall Academic Nursing Leadership Conference ("ANLC") in late October 2021, attendance and exhibition at AACN's Spring Dean's Annual Meeting in late March 2022, and attendance at the pandemic-restricted virtual ANLC in October 2020 and virtual Dean's Annual Meeting in March 2021.

19. CastleBranch's then-CEO, Greg Larnder, also travelled to Washington, D.C. to meet with AACN officers and to solicit business. These meetings included meetings with AACN's President and CEO Deborah Trautman in January 2020, as well as a meeting with AACN's entire Board of Directors in March 2022.

20. On information and belief, over the first four quarters of the 2020 Agreement, CastleBranch collected fees from AACN members and their students in excess of $13,000,000.

21. Pursuant to the 2020 Agreement, CastleBranch agreed to pay AACN 5% of its fee revenue from AACN-related clients as a royalty for AACN's provision of member lists and booth space at conferences, its recognition of CastleBranch as the AACN preferred vendor for background checks, and for its completion of a series of other benchmarks outlined in the 2020 Agreement (the "5% Fee"). Exhibit 1 at 3. This fee was to be paid quarterly within 30 days following the end of each contract quarter. *Id.*

22. In addition, AACN was eligible to earn an additional 1% royalty of CastleBranch's fee revenue from AACN-related clients for completing a series of additional benchmarks identified in the 2020 Agreement as "Additional Services" (the "1% Fee). *Id.* This fee was to be paid annually, within 30 days after the end of the second calendar quarter (the quarter ending June 30). *Id.*

23. Although the 2020 Agreement had a five-year term, it also permitted either party to terminate it for convenience by providing 90 days written notice of intended termination. *Id.* at 1.

24. The 2020 Royalty Agreement further provided that if CastleBranch elected to terminate for convenience, it would remain responsible to AACN for all Royalty Fees accrued during the quarter of termination and for two quarters thereafter (the "Three-Quarter Obligation"). *Id.*

25. On July 22, 2022, by letter directed to AACN in Washington, D.C., CastleBranch gave AACN notice of its intention to terminate the 2020 Agreement for convenience in 90 days, effective on October 22, 2022.[1] *See* Exhibit 2.

26. CastleBranch's stated reason for termination was its desire to negotiate a new agreement in an effort to adjust its costs as a consequence of the COVID pandemic. *See id; see also* Exhibit 3.

27. In its notice of termination, CastleBranch expressly recognized its Three-Quarter Obligation, stating that "CastleBranch recognizes is obligation to continue the standard Royalty Fees [the 5% Fee] for Q3 and Q4 of 2022, and Q1 of 2023." Exhibit 2.

---

[1] Although not critical to the merits of this action, 90 days from July 22, 2022, was actually October 21, 2022.

28.     Although CastleBranch recognized its Three-Quarter Obligation in its notice of intention to terminate, it misstated the quarters to which the Three-Quarter Obligation would apply.

29.     Because CastleBranch's termination of the 2020 Agreement was effective October 21, 2022 (90 days after its notice), it was obligated to pay royalty fees accruing during Q4 2022 (the quarter in which termination occurred), as well as those accruing during Q1 and Q2 of 2023.

30.     Despite the requirements of the 2020 Agreement, CastleBranch has failed and refused to pay AACN the 5% Fee it owes for Q3 and Q4 2022, and for Q1 2023.

31.     Furthermore, despite the requirements of the 2020 Agreement, CastleBranch has failed and refused to pay the 1% Fee payable within 30 days after the end of the 2nd Quarters of both 2021 and 2022.

32.     It is further anticipated that CastleBranch will fail and refuse to pay the 5% and 1% Fees payable within 30 days of the end of Q2 2023.

## COUNT I – BREACH OF CONTRACT

33.     AACN repeats and realleges herein the allegations of paragraphs 1-32, above.

34.     As described above, AACN is entitled to a 5% Fee and a 1% Fee based on CastleBranch revenues generated by AACN affiliated members and students.

35.     As described above, AACN is also entitled to payment of the Three-Quarter Obligation based on CastleBranch's termination of the 2020 Agreement effective October 21, 2022.

36.     AACN has performed all its obligations and preconditions to payment of the 5% and 1% Fees under the 2020 Agreement and/or AACN's performance has been accepted or waived by CastleBranch.

37. At no time has CastleBranch provided AACN with any notice and opportunity to cure any claimed default under the default provisions of the 2020 Agreement.

38. CastleBranch's failure to pay the 5% Fee and 1% Fee as outlined above constitutes a breach of CastleBranch's contractual obligations, as a consequence of which AACN has been damaged in an amount to be proven at trial, but not less than $800,000.00.

### COUNT II – QUANTUM MERUIT (IN THE ALTERNATIVE)

39. AACN repeats and realleges herein the allegations of paragraphs 1-38, above.

40. For many years, AACN has conferred valuable benefits on CastleBranch.

41. These benefits have included, *inter alia,* free exhibit booths at AACN conferences, opportunities to provide promotional materials to AACN members, recognition by AACN as a preferred vendor partner, and complete AACN member lists, including members' full names and addresses, on a quarterly basis.

42. These benefits were not conferred officiously, nor by any interference in CastleBranch's affairs, nor were they conferred gratuitously.

43. The benefits that AACN conferred are measurable by reference to the dollar volume of fees CastleBranch received from AACN referred clients.

44. CastleBranch consciously sought out and accepted these benefits under circumstances in which it would be inequitable to retain the value of these benefits without compensation.

### PRAYER FOR RELIEF

WHEREFORE, AACN respectfully requests that the Court enter an award and judgment in its favor against defendant CastleBranch as follows:

1. As to Count I, awarding compensatory damages in an amount to be proven at trial, but not less than $800,000.00.

2. As to Count II, awarding the fair value of the benefit conferred on CastleBranch, but not less than $800,000.00

3. Awarding AACN its attorneys' fees, costs and expenses as provided for in the 2020 Agreement; and

4. Awarding AACN such other and further relief as the Court deems appropriate.

## JURY DEMAND

AACN demands a trial by jury on all claims and issues so triable.

Dated: July 6, 2023

Respectfully submitted,

By:  /s/ David C. Tobin
David C. Tobin, Esq., D.C. Bar No. 395959
dctobin@tobinoconnor.com
Larry E. Tanenbaum, Esq., D.C. Bar No. 927301
letanenbaum@tobinoconnor.com
TOBIN, O'CONNOR CONCINO P.C.
5335 Wisconsin Avenue, N.W., Suite 400
Washington, D.C.  20015
Telephone: (202) 362-5900
Fax: (202) 362-6579
*Counsel for Plaintiff*