# EXHIBIT 1

# American Association of Colleges of Nursing & CastleBranch

## ROYALTY AGREEMENT

This Agreement is made as of June 2, 2020 (the "Effective Date") between CastleBranch, Inc. (Hereinafter 'CastleBranch'), with a principal place of business at 1844 Sir Tyler Dr. Wilmington, NC 28405 and the American Association of Colleges of Nursing, (hereinafter 'AACN') with a principal place of business at 655 K Street NW, Suite 750, Washington, DC 20001.

Whereas CastleBranch and AACN wish to work together in providing AACN members with the benefits of CastleBranch services, the parties agree to the following:

## TERM

This Agreement shall commence upon the Effective Date and will remain in effect for five (5) years. Unless either party notifies the other according to the terms below no less than sixty (60) days in advance of the expiration of this Agreement, this Agreement shall automatically renew for an additional twelve (12) month period. This Agreement may also be terminated by either for convenience by providing ninety (90) days written notice, however, should CastleBranch wish to terminate early under this clause, CastleBranch shall remain responsible to AACN for all Royalty Fees accrued during the quarter of termination by convenience and for two (2) quarters thereafter.

## MARKETS AND SERVICES

This Agreement shall apply to CastleBranch services of solely consisting of: (i) criminal background checks; (ii) drug testing; (iii) immunization management services; and (iv) document management services (hereinafter collectively the "Services"). The royalty payments outlined in Agreement will apply to all AACN members who sign up for CastleBranch Services.

Each year, AACN and CastleBranch staff will create an outreach plan by March 31 outlining each party's expectations and goals. This plan will encompass leveraging each party's communication channels, including email, social media, web content, meeting app, journal publications, member forums and video. Specific components on the plan include:

AACN Obligations:

    1. Vendor booth space at no charge for both the Spring Deans Annual Meeting and Fall Academic Nursing Leadership Conference,
    2. Vendor booth space at no charge for the annual Doctoral Education Conference, Transform Conference, and one other AACN conferences on request (space permitting),
    3. Reserved for CastleBranch at minimum one (1) hour of Vendor managed break-out session per year at AACN conferences. This session shall not conflict with the regularly scheduled AACN conference content but shall be in addition thereto. CastleBranch shall have reasonable discretion to create and manage the content of this session. AACN shall actively promote its attending members to attend this session. CastleBranch shall have discretion as to whether meals, refreshments, or other additional accommodations shall be provided for this break-out session. CastleBranch will make reasonable efforts to work directly with the venue of the conference, however, ultimate final arrangements will be decided between the Parties.
    4. Quarterly, provide a complete member list, including full name and address, provided

1

that each such list is kept confidential, is used no more than once per quarter, that no names on the lists are sold or transferred to any third party, and that the use of all such lists terminate and the lists are destroyed upon the termination of this agreement for any reason. AACN must approve all informational pieces created by CastleBranch that are distributed by it to AACN members pursuant to this Agreement.

     5. AACN will share information about CastleBranch Services at the external conferences at which AACN exhibits, including AONL, Sigma Theta Tau, and NSNA.

     6. One (1) educational webinar provided by CastleBranch, created in partnership with AACN, to be promoted by AACN annually,

     7. One (1) educational article provided by CastleBranch, created in partnership with AACN, to be promoted by AACN annually.

Notwithstanding the foregoing, although AACN will inform its members about the availability of CastleBranch Services, AACN shall not be obligated to provide any advertising services for CastleBranch (including no obligation to issue comparative or qualitative statements and no obligation to distribute overt requests by AACN that its members purchase CastleBranch Services).

## ADDITIONAL ACTIONS

The aforementioned outreach plan will also include the following components that though may not drive member usage of CastleBranch products, both organizations have deemed important to long-term, outward-facing collaboration success.

- AACN to proactively educate new members about the benefits of Castle Branch's Services at the two new AACN member orientations held each year and through email outreach.
- CastleBranch leadership to meet with AACN Board of Directors and CEO once per year. On request, AACN leadership to meet with CastleBranch's CEO or President, and CastleBranch leadership.
- At least once annually, AACN CEO/President to meet in person onsite at Castlebranch campus. CastleBranch shall be solely responsible for all expenses related to this visit. The parties agree to work together in good faith should the need occur to reschedule or modify this visit in light of any illness, travel restrictions, public health emergency, or similar exigent circumstances.
- AACN to exclusively use CastleBranch background screening services for employees and prospective employees.
- The CEO of AACN to publicly announce CastleBranch as a preferred vendor that offers specials to AACN members during the Spring Deans Annual Meeting and the Fall Academic Nursing Leadership Conference.
- CastleBranch will be provided with access to AACN Member information, publications, and Members Only access to the AACN website. Access to the Members Only site must be limited to CastleBranch's principal liaison with AACN and log-in information must be kept confidential.

## DISCOUNT & PRICING STRUCTURE

Services offered to AACN members and/or associates will be discounted by a minimum of 35% off of CastleBranch's standard published pricing. Services shall exclusively include: (i) criminal background checks; (ii) drug testing; (iii) immunization management services; and (iv) document management services.

## ROYALTY

CastleBranch will issue royalties to AACN based on Member purchases. The amount shall be equal to 5% of the discounted value of Services purchased by members during the term of this Agreement and is contingent upon AACN's successful completion of all items within the Markets and Services section and the Additional Actions section. The amount is payable within 30 (thirty) days following the end of each contract quarter and only applies to paid invoices. CastleBranch shall issue a complete accounting to AACN by the 1st (first) of the following month indicating the Members gross purchases in the previous month. CastleBranch will provide a detailed invoice for up to ten (10) AACN clients per quarter for an audit review.

Each year thirty days after the end of the second quarter (the quarter ending June 30, issue date being July 30), CastleBranch will issue an additional 1% royalty to AACN based on Member purchases of the discounted value of Services purchased by members during the year (July-June) through the term of this Agreement, with AACN's successful completion of all items within the Additional Actions section.

## EVENTS OF DEFAULT

The occurrence of any one of the following events shall constitute an event of default allowing either party to terminate this Agreement upon fifteen (15) days written notice to the other party:

A. A party's failure to provide payment or services required under this Agreement, or a party's material breach of its obligations under this Agreement and a failure to cure such failure or breach within seven (7) days after written notification of such failure or breach.

B. A party, or any agent or employee of that party commits during the course of performance any activity, for or on behalf of the other party, any act punishable by fine or imprisonment under state or federal law.

C. A party, or any agent or employee of that party, commits an act or omission, in the course of its performance hereunder, that endangers or threatens the health and safety of others.

D. A party or any agent or employee of that party commits an act of fraud, defalcation, or dishonesty, or any act or omission or series of acts or omissions which singly or together constitute an unfair or deceptive act or practice.

E. Any discovery that any material representation by a party is materially misleading or inaccurate, or a party's failure to perform any material covenant, obligation, term or condition contained in this Agreement.

F. A party's cessation of doing business as a going concern, assignment for the benefit of creditor's, admission in writing of its inability to pay debts as they become due, filing of a petition in bankruptcy or appointment of a receiver, acquiescence in the appointment of a trustee or liquidator of it or any substantial part of its assets or properties.

G. Repeated and excessive AACN membership legitimate complaints regarding CastleBranch solicitations or Services.

## INDEMNIFICATION

Each party shall indemnify, save and hold harmless the other, its subsidiaries, affiliates, related entities, partners, agents, officers, directors, employees, attorneys, heirs, successors and assigns, and each of them, from and against any and all claims, actions, demands, losses, damages, judgments, settlements, costs and expenses (including reasonable attorneys' fees and expenses), and liabilities of every kind and character whatsoever, which may arise by reason of any act or omission attributable to the other party or parties with respect to the Program. Each party shall promptly notify the other upon receipt of any claim or legal action referenced in this Section.

## RIGHTS UPON TERMINATION.

Upon the occurrence of an event of default, the non-offending party shall have the right to terminate the Agreement upon fifteen (15) days written notice to the other party, and seek all legal and equitable remedies to which it is entitled, including but not limited to refunds for amounts paid. The remedies set forth herein shall be deemed cumulative and not exclusive and may be exercised successively or concurrently, in addition to any other remedies available to it. Also, upon termination of this Agreement for any reason, all rights and licenses specified in this Agreement shall immediately cease and CastleBranch shall (1) Cease advertising its affiliation with AACN, (2) cease using AACN's name, logo or mailing lists in any manner, and (3) promptly make a final accounting and payment of any royalties due through the date of termination.

## NO THIRD PARTY BENEFICIARIES.

Nothing herein is intended or shall be construed to confer upon or to give to any person or entity other than the parties hereto and their successors or permitted assigns, any rights or remedies under this Agreement.

## SEVERABILITY.

Unless otherwise expressly provided herein, the rights of the parties hereunder are several rights, not rights jointly held with each other or with any other party. Any invalidity, illegality or limitation of the enforceability of any part of this Agreement, whether arising by reason of law or otherwise, shall in no way affect or impair the validity, legality or enforceability of this Agreement in all other respects.

## FORCE MAJEURE.

Neither party shall be liable to the other by reason of any failure of performance hereunder if such failure arises out of the acts of governmental authority, acts of God, public health emergencies, acts of the public enemy, acts of civil or military authority, governmental priorities, fires, unavailability of energy resources, riots, war, or events of similar nature. Any party experiencing such an event shall give as prompt notice as possible under the circumstances and such protection from liability shall last only for the duration of the event of such force majeure.

## WAIVER.

No delay or omission by either party hereto to exercise any right or power hereunder shall be construed to be a waiver thereof. A waiver by either of the parties hereto of any of the covenants to be performed by the other or any breach thereof shall not be construed to be a waiver of any succeeding breach thereof or of any other covenant contained herein. All remedies provided for in this Agreement shall be cumulative and, in addition to any remedies available to either party at law, in equity or otherwise.

## GOVERNING LAW

This Agreement and the rights and obligations of the parties hereto shall be governed by and construed and enforced in accordance with the laws of the State of North Carolina without regard to any principles of conflicts of laws that would make applicable the law of any other jurisdiction. In any dispute arising out of this Agreement the prevailing party shall have its reasonable costs and attorney's fees paid by the other party.

## BINDING.

All provisions of this Agreement shall be binding upon, and inure to the benefit of, and be enforceable by and against the parties, their respective heirs, representatives, successors, and assigns.

## FURTHER ASSURANCES.

The parties hereto shall each perform such acts, execute and deliver such instruments and documents, and do all such other things as may be reasonably necessary to accomplish the transactions contemplated herein.

## HEADINGS

The articles and section headings are for reference and convenience only and shall not be considered in the interpretation of this Agreement.

## NOTICE

All notices under this Agreement may be given by electronic mail as follows:

From CastleBranch to AACN:
Jennifer Ahearn
Chief Operating Officer
American Association of Colleges of Nursing
655 K Street, NW, Suite 750
Washington, DC 20001
Jahearn @aacnnursing.org

From AACN to CastleBranch:
Castle Branch, Inc.
Attn: Legal Department
1844 Sir Tyler Drive
Wilmington, NC 28405
legal@castlebranch.com

## RELATIONSHIP OF PARTIES.

Nothing contained in this Agreement shall be construed to (i) give any party the power to direct and control the day-to-day activities of the other; or (ii) constitute such parties as partners, joint venturers, agents, co-owners or otherwise as participants in a joint or common undertaking. CastleBranch agrees not to conclude any agreement substantially similar to the Agreement with any other association of four-year colleges of nursing, except with associations of nursing representing community colleges, career and technical schools or any other educational program

5

that is not part of a four-year college or university. No restriction in this Section shall apply to any association of individual nurses or nursing students, or schools, colleges or universities of allied health or human services. The AACN agrees not to conclude any agreement substantially similar to this Agreement with any other provider of background screening, drug testing services, or immunization management services. Further, the AACN agrees not to endorse, recommend, promote any other provider of background, drug testing services, or immunization management services; or otherwise enter into a beneficial arrangement with such a provider.

### ENTIRE UNDERSTANDING.

This Agreement contains the final expression of the parties' intent and the sole and entire understanding between CastleBranch and AACN. The parties agree that any statements, representations, discussions, or documentation, whether made prior to or contemporaneously with the execution of this Agreement, have been merged into this Agreement and this Agreement fairly and comprehensively memorializes the final negotiated agreement between the parties. The Agreement shall not be modified or amended in any manner except in writing signed by both parties hereto.

This Agreement may be executed in counterparts, and electronic signatures shall have the same effect as originals.

CastleBranch Inc.

Gregory Larnder

_____
President

Date: 12/11/2020

American Association of Colleges of Nursing

Dr. Deborah Trautman

*Deborah E Trautman*
_____
President and Chief Executive Officer

Date: 12/17/2020

6