# EXHIBIT 2

**CastleBranch**

July 22, 2022

Jennifer Ahearn
Chief Operating Officer
American Association of Colleges of Nursing
655 K Street, NW, Suite 750
Washington, DC 20001
Jahearn@aacnnursing.org

*Via Email*

Re: Termination of Royalty Agreement & Scholarship Agreement

Dear Ms. Ahearn:

Royalty Agreement:

Please allow this correspondence to serve as formal Notice of Termination of the Royalty Agreement between Castle Branch, Inc. ("CastleBranch") and the American Association of Colleges of Nursing ("AACN") in accordance with the Termination for Convenience clause therein. This Agreement shall therefore terminate ninety (90) days after this notice, or more specifically on October 22, 2022.

Further, in accordance with the Termination for Convenience clause, CastleBranch recognizes its obligation to continue the standard Royalty Fees for Q3 and Q4 of 2022, and Q1 of 2023. CastleBranch shall no longer be obligated to any payment for the additional 1% Royalty Fee. CastleBranch shall thereafter have no further obligations.

Having said that, CastleBranch would like to work in good faith with AACN to negotiate a new royalty agreement for the Parties moving forward, and to that end we are also sending a draft for your review and to begin the negotiation process. This would be in anticipation of, however, immediately terminating the current agreement with no additional obligations on the part of either Party thereunder and then operating under the new negotiated agreement.

Scholarship Agreement:

Please further allow this correspondence to also serve as formal Notice of Termination of the Scholarship Agreement between the Parties in accordance with Section 9 therein. This Scholarship Agreement shall therefore be terminated on October 22, 2022 and CastleBranch shall have no further obligations therefrom.

Thank you for your understanding of this matter.

Sincerely,

/s/ *Kate L. Eaton*

Kate L. Eaton
Senior Director, Corporate Counsel
Castle Branch, Inc.