# EXHIBIT 3



July 22, 2022

Dr Deborah Trautman
President & Chief Executive Officer
American Association of Colleges of Nursing
655 K Street, NW, Suite 750
Washington, DC 2001

CastleBranch has had the privilege of a very long-term partnership with AACN. Over may years we have enjoyed success together related to our product adoption into the AACN membership.

We thank you for the part AACN has played in that success.

Unfortunately, due to the effect of COVID to our business over the last few years and due to the present economic conditions, we have been forced into adjusting our costs throughout the business. We do this to ensure we can continue to deliver high quality services to our customers, many of which are AACN members, and to support our CastleBranch team.

Part of that cost reduction effort is the evaluate of our many Association partnerships. In some cases, we are ending partnerships and in a few cases, we are offering an adjustment to the existing partnership.

For AACN we will end our existing contract and offer a new contract to reflect our economic reality.

I will have our counsel send the formal end of contract document and our offer of a new contract.

Please understand we do not wish to harm AACN in any manner, but we must do what is necessary for the continued and long-term success of CastleBranch.

Sincerely,

Greg Larnder
President
CastleBranch, Inc.

**CASTLE BRANCH, INC. | CastleBranch.com**
1844 SIR TYLER DRIVE | WILMINGTON, NC 28405 | 888.723.4263